IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YVONNE STRINGFIELD, Ed.D., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:04-cv-0174 |
| MARY ELLA GRAHAM, Ed.D., ind. and in her capacity as a Dean in the School of Nursing for the Tennessee State University, et al., | ) Judge Thomas A. Wiseman, Jr. |
| Defendants. | ) |

## ORDER

Before the Court is a motion for summary judgment (Doc. No. 37) filed on behalf of the sole remaining defendant in this matter, Mary Ella Graham, Ed.D.[1] The motion has been fully briefed and is ripe for consideration.

As explained more fully in the accompanying Memorandum Opinion, Dr. Graham has demonstrated, based on the undisputed material facts in this case, that Dr. Stringfield does not have an underlying property interest on which to rest her constitutional claims. The motion for summary judgment is therefore **GRANTED** and this matter **DISMISSED**.

Judgment is hereby entered in favor of the defendant Mary Ella Graham, Ed. D. in her individual and official capacities.

It is so **ORDERED**.

This is a final, appealable judgment for purposes of Fed. R. Civ. P. 58.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Although the motion appears to be brought on behalf of all three defendants, the only claims remaining in this case are those against Dr. Graham in her official and individual capacities. This Court originally granted a motion to dismiss all claims asserted against all defendants. The plaintiff appealed and the Sixth Circuit reversed only the dismissal of the claims against Graham, and not those against the other defendants, Tennessee State University ("TSU") and Tennessee Board of Regents ("TBR").